Roger F. Holmes
Biss & Holmes
3948 Clay Products Drive
Anchorage, AK 99517-1014
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
Email: roger.bh@gci.net
Arbitrator for All Parties

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR S. ROBINSON, ALLAN BEISWENGER, PETER R. EHRHARDT, and ROBINSON, BEISWENGER & EHRHARDT, )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>FAEGRE BAKER DANIELS, LLP, )<br>)<br>Defendant. ) | 3:13-cv-OOO86-HRH |

**STATUS REPORT OF ARBITRATOR**

Oral Argument on the parties' cross motions for summary judgment occurred on September 21, 2015. The parties agreed there are no material issues of fact and the matter is ripe for a decision. After the mediation, the parties asked to be able to brief two issues which had not been raised in the briefing but were raised by the arbitrator at oral

STATUS REPORT OF ARBITRATOR
ROBINSON, et al. v. FAEGRE BAKER DANIELS, LLP
CASE NO. 3:13-cv-00086-HRH                                                  Page 1 of 2

Case 3:13-cv-00086-HRH   Document 66   Filed 09/28/15   Page 1 of 2

argument, as well as two issues which the parties felt had not been previously addressed to their satisfaction. The briefs will be filed in early October. The arbitrator will not be able to address the additional briefing until October 16. Assuming the briefing occurs as scheduled, I will render a decision by the end of October, 2015.

Dated at Anchorage, Alaska on this 28th day of September, 2015.

BISS & HOLMES
Arbitrator for Parties

/s/ Roger F. Holmes
Roger F. Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
(907) 248-8013 Phone
(907) 243-6695 Fax
E-mail: roger.bh@gci.net
Alaska Bar No. 7011060

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2015, I filed a true and correct copy of the foregoing document (**Status Report of Arbitrator**) with the Clerk of the Court for the United States District Court - District of Alaska by using the CM/ECF system. Participants in this Case No. 3:13-cv-00086-HRH who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Roger F. Holmes
Roger F. Holmes

STATUS REPORT OF ARBITRATOR
ROBINSON, et al. v. FAEGRE BAKER DANIELS, LLP
CASE NO. 3:13-cv-00086-HRH                                        Page 2 of 2

Case 3:13-cv-00086-HRH   Document 66   Filed 09/28/15   Page 2 of 2