James E. Torgerson (Bar No. 8509120)
jim.torgerson@stoel.com
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: (907) 277-1900
Facsimile: (907) 277-1920

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR S. ROBINSON, ALLAN BEISWENGER, and PETER EHRHARDT, and ROBINSON, BEISWENGER & EHRHARDT,<br><br>Plaintiffs,<br><br>v.<br><br>FAEGRE BAKER DANIELS LLP,<br><br>Defendant. | Case No.: 3:13-cv-00086-HRH |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Arthur S. Robinson, Allan Beiswenger, Peter Ehrhardt, and Robinson, Beiswenger & Ehrhardt, and Defendant Faegre Baker Daniels LLP, by and through their attorneys, stipulate and agree to dismissal with prejudice all claims asserted in the above-captioned action, each party to bear their own costs, expenses, and attorney's fees except to the extent otherwise agreed between the parties..

STIPULATION FOR DISMISSAL WITH PREJUDICE
Robinson et al v. Faegre Baker Daniels, LLP, Case No. 3:13-cv-0086-HRH
Page 1 of 3
Case 3:13-cv-00086-HRH   Document 96   Filed 11/17/16   Page 1 of 3

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main (907) 277-1900   Fax (907) 277-1920

DATED: November 17, 2016

STOEL RIVES LLP

By: /s/ James E. Torgerson
    JAMES E. TORGERSON
    (BAR NO. 8509120)

Attorneys for Defendant

ERIC DERLETH, ATTORNEY AT LAW

*Eric Derleth*

ERIC DERLETH
(BAR NO. 9609042)

Attorney for Plaintiff Arthur Robinson

POPE & KATCHER

By: _____
JONATHON KATCHER
(BAR NO. 8111104)

Attorneys for Plaintiffs Allan Beiswenger,
Peter Ehrhardt, and Robinson, Beiswenger,
& Ehrhardt

CASHION GILMORE LLC

By: _____
CHESTER GILMORE
(BAR NO. 0405015)

Attorneys for Plaintiffs Allan Beiswenger,
Peter Ehrhardt, and Robinson, Beiswenger,
& Ehrhardt

STIPULATION FOR DISMISSAL WITH PREJUDICE
Robinson et al v. Faegre Baker Daniels, LLP, Case No. 3:13-cv-0086-HRH
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Alaska by using the CM/ECF system. Participants in this who are registered CM/ECF users and identified below, will be served by the CM/ECF system.

Roger F. Holmes, Esq.
Biss & Holmes
Arbitrator to Parties
roger.bh@gci.net

Chester DeMott Gilmore
chester@cashiongilmore.com
Attorneys for Plaintiffs

Jonathon A. Katcher
jkatcher@alaska.net
Attorneys for Plaintiffs

Eric Derleth
Eric@TrialGuy.com
Lynda@trialguy.com
Attorney for Plaintiff Arthur S. Robinson

/s/ James E. Torgerson
James E. Torgerson

89022235.2 0081345-00001

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900  Fax (907) 277-1920*

STIPULATION FOR DISMISSAL WITH PREJUDICE
Robinson et al v. Faegre Baker Daniels, LLP, Case No. 3:13-cv-0086-HRH
Page 3 of 3
Case 3:13-cv-00086-HRH   Document 96   Filed 11/17/16   Page 3 of 3