IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR S. ROBINSON, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FAEGRE BAKER DANIELS, LLP, )<br>)<br>Defendant. )<br>_____) | No. 3:13-cv-0086-HRH |

O R D E R

Case Dismissed

Plaintiffs Arthur S. Robinson, Allan Beiswenger, Peter Ehrhardt, and Robinson, Beiswenger & Ehrhardt, and defendant Faegre Baker Daniels LLP, by and through their attorneys, have stipulated and agreed to dismissal with prejudice of all claims asserted in the above-captioned action.[1] The stipulation is approved.

All claims are dismissed with prejudice, the parties to bear their respective costs, expenses, and attorney fees except to the extent otherwise agreed between the parties.

DATED at Anchorage, Alaska, this  18th  day of November, 2016.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 96.

Order – Case Dismissed                                                                                                       - 1 -

Case 3:13-cv-00086-HRH   Document 97   Filed 11/18/16   Page 1 of 1